HONORABLE THOMAS S. ZILLY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CLINTON E. CASEY,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>ALCOA CORPORATION, et al.,<br><br>　　　　　Defendants. | NO. 2:18-cv-01358 TSZ<br><br>STIPULATED MOTION AND ORDER RE: MOTION TO AMEND CASE SCHEDULE ORDER |

**ORDER**

This matter comes before the Court on the parties' stipulated request, docket no. 34, to amend the Minute Order dated December 19, 2018, docket no. 24.

IT IS THEREFORE ORDERED that the Minute Order be amended to set the new deadline for disclosure of expert testimony under FRCP 26(a)(2) as June 21, 2019. All other dates remain in effect.

DATED this 16th day of April, 2019.

　　　　　　　　　　　　　　　　　　　*Thomas S. Zilly*

　　　　　　　　　　　　　　　　　　　Thomas S. Zilly
　　　　　　　　　　　　　　　　　　　United States District Judge

STIPULATED MOTION AND ORDER TO AMEND
CASE SCHEDULE - 1

BERGMAN DRAPER OSLUND
821 2ND AVENUE, SUITE 2100
SEATTLE, WA 98104
TELEPHONE: 206.957.9510

Presented by:

BERGMAN DRAPER OSLUND

By: */s/ Matthew P. Bergman*
    Matthew P. Bergman, WSBA #20894
    Justin Olson, WSBA #51332
    821 2nd Avenue, Suite 2100
    Seattle, WA 98104
    Telephone: (206) 957-9510
    Facsimile: ()206) 957-9549
    Email: matt@bergmanlegal.com;
        Justin@bergmanlegal.com;
        service@bergmanlegal.com
    Attorneys for Plaintiff

Approved as to form and content:

GORDON REES SCULLY MANSUKHANI

By: */s/ Mark B. Tuvim*
    Mark B. Tuvim, WSBA #31909
    Kevin J. Craig, WSBA #29932
    Trevor J. Mohr, WSBA #51857
    701 Fifth Avenue, Suite 2100
    Seattle, WA 98104
    Telephone: (206) 695-5100
    Facsimile: (206) 689-2822
    Email: mtuvim@grsm.com;
        kcraig@grsm.com;
        tmohr@grsm.com
        SEAAsbestos@gordonrees.com
    Attorneys for Defendant Arconic, Inc.