UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

CLINTON E. CASEY,

    Plaintiff,

v.

ARCONIC, INC; METROPOLITAN LIFE INSURANCE COMPANY; and ALCOA CORPORATION,

    Defendants.

C18-1358 TSZ

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) Plaintiff's unopposed motion to amend complaint, docket no. 36, is GRANTED. Plaintiff may file the proposed Amended Complaint on or before June 14, 2019.

(2) The Court STRIKES the trial date and all pretrial deadlines and ORDERS the parties to submit a joint status report on or before July 5, 2019, setting forth the parties proposed new trial date and other related deadlines.

(3) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 3rd day of June, 2019.

                                            William M. McCool
                                            Clerk

                                            s/Karen Dews
                                            Deputy Clerk

MINUTE ORDER - 1