UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

CLINTON E. CASEY,

        Plaintiff,

v.

ARCONIC, INC, et al.,

        Defendants.

C18-1358 TSZ

MINUTE ORDER

    The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

    (1)    Plaintiff has filed a notice, docket no. 45, purporting to renote a pending motion for contempt, docket no. 38, from June 14, 2019, to June 28, 2019. Counsel is hereby advised that, after a response to a motion has been filed, the movant may not unilaterally renote a motion and thereby extend the time to file a reply. Local Rule 7(*l*). The Court sua sponte extends Plaintiff's deadline to file a reply brief in support of his motion for contempt to Monday, June 17, 2019. The Clerk is DIRECTED to renote the motion, docket no. 38, to June 17, 2019.

    (2)    The Clerk is further DIRECTED to send a copy of this Minute Order to all counsel of record.

    Dated this 14th day of June, 2019.

                                      William M. McCool
                                      Clerk

                                      s/Karen Dews
                                      Deputy Clerk

MINUTE ORDER - 1