UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

CLINTON E. CASEY,

    Plaintiff,

v.

ARCONIC, INC, et al.,

    Defendants.

C18-1358 TSZ

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) Defendant P-G Industries, Inc. is DIRECTED to file, no later than Friday, July 12, 2019, an amended disclosure statement pursuant to Local Civil Rule 7.1, disclosing each of DJO Services, LLC's members and, if LLC's, their members, so that the Court can determine whether complete diversity of citizenship existed at the time the complaint was amended. *See Johnson v. Columbia Props. Anchorage, LP*, 437 F.3d 894, 899 (9th Cir. 2006) (holding that "an LLC is a citizen of every state of which its owners/members are citizens").

(2) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 27th day of June, 2019.

                                              William M. McCool
                                              Clerk

                                              s/Karen Dews
                                              Deputy Clerk

MINUTE ORDER - 1