|   |   |
|---|---|
| 1 | THE HONORABLE THOMAS S. ZILLY |

**UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE**

| | |
|---|---|
| CLINTON E. CASEY<br><br>Plaintiff,<br><br>v.<br><br>ALCOA CORPORATION, formerly ALCOA Inc.; ARCONIC, INC.; METROPOLITAN LIFE INSURANCE COMPANY; and P-G INDUSTRIES, INC., as successor-in-interest to PRYOR GIGGEY CO., INC.<br><br>Defendants. | NO. 2:18-cv-01358 TSZ<br><br>**STIPULATION AND ORDER TO ALLOW SUBSTITUTION OF COUNSEL FOR DEFENDANT P-G INDUSTRIES** |

## **STIPULATION**

WHEREAS, Defendant P-G Industries wishes to substitute its counsel of record from Katherine M. Steele and Aleksander R. Schilbach of Bullivant Houser Bailey PC to Brian Smith and Kyle Jones of Foley & Mansfield PLLP.

NOW, THEREFORE, IT IS STIPULATED by and between the parties hereto through their respective counsel that they consent to the substitution of counsel pursuant to Washington Western District Local Civil Rule 83.2(b)(1).

**SO STIPULATED.**

---

STIPULATION AND ORDER TO ALLOW SUBSTITUTION OF COUNSEL FOR DEFENDANT P-G INDUSTRIES

Page 1

**Foley & Mansfield, PLLP**
999 Third Avenue, Suite 3760
Seattle, WA 98104
Telephone: (206) 456-5360

| | |
|---|---|
| BULLIVANT HOUSER BAILEY, PC | FOLEY & MANSFIELD, PLLP |
| */s/ Katherine M. Steele* | */s/ Brian Smith* |
| Katherine M. Steele, WSBA #11927 | Brian Smith, WSBA #45930 |
| Aleksander R. Schilbach, WSBA #51693 | Kyle Jones, WSBA #50838 |
| Asbestos@bullivant.com | asbestos-sea@foleymansfield.com |
| Withdrawing Attorneys for P-G Industries | Substituting attorneys for P-G Industries |
| | |
| BERGMAND DRAPER OSLUND, PLLC | GORDON REES SCULLY MANSUKHANI, LLP |
| */s/ Justin Olson* | */s/ Mark B. Tuvim* |
| Justin Olson, WSBA #51332 | Kevin Craig, WSBA #29932 |
| Matthew Phineas Bergman, WSBA #20894 | Mark B. Tuvim, WSBA #31909 |
| service@bergmanleagal.com | Trevor J. Mohr, WSBA #51857 |
| Attorneys for Plaintiff | SEAAsbestos@grsm.com |
| | Attorneys for Defendant Alcoa Corporation |

WILSON SMITH COCHRAN & DICKERSON

*/s/ Richard G. Gawlowski*
Richard G. Gawlowski, WSBA #19713
Gawlowski@wscd.com
Attorneys for Defendant Metropolitan Life

---

STIPULATION AND ORDER TO ALLOW SUBSTITUTION OF COUNSEL FOR DEFENDANT P-G INDUSTRIES

Page 2

**Foley & Mansfield, PLLP**
999 Third Avenue, Suite 3760
Seattle, WA 98104
Telephone: (206) 456-5360

## ORDER

**PURSUANT TO THE STIPULATION OF THE PARTIES, IT IS ORDERED** that Defendant P-G Industries may file its Notice of Withdrawal and Substitution of Counsel immediately upon entry of this Order.

Dated: September 11, 2019.

*/s/ Thomas S. Zilly*

Thomas S. Zilly
United States District Judge

Presented by:

FOLEY & MANSFIELD, PLLP

/s/ *Brian Smith*
Brian Smith, WSBA #45930
Kyle Jones, WSBA #50838
999 Third Avenue, Suite 3760
Seattle, WA 98104
asbestos-sea@foleymansfield.com
Substituting attorneys for P-G Industries

STIPULATION AND ORDER TO ALLOW SUBSTITUTION OF COUNSEL FOR DEFENDANT P-G INDUSTRIES

Page 3

**Foley & Mansfield, PLLP**
999 Third Avenue, Suite 3760
Seattle, WA 98104
Telephone: (206) 456-5360