The Honorable Thomas S. Zilly

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CLINTON E. CASEY,<br><br>    Plaintiffs,<br><br>v.<br><br>ALCOA CORPORATION, formerly ALCOA Inc.; ARCONIC, INC.; METROPOLITAN LIFE INSURANCE COMPANY; and P-G INDUSTRIES, INC., as successor-in-interest to PRYOR GIGGEY CO., INC., et al.,<br><br>    Defendants. | Case No. 2:18-cv-01358-TSZ<br><br>**ORDER GRANTING STIPULATED MOTION TO CONTINUE DEADLINE FOR EXPERT DISCLOSURES** |

THIS MATTER having come on before the undersigned judge of the above-entitled court; the Court having reviewed the stipulation of counsel, docket no. 59, and being fully apprised in the premises, now, therefore,

IT IS HEREBY ORDERED that the Stipulated Motion to Continue Deadline for Expert Disclosures is hereby GRANTED, and the September 23, 2019 deadline for disclosure of expert testimony is continued until November 7, 2019.

Dated this 19th day of September 2019.

_____
Thomas S. Zilly
United States District Judge

| | |
|---|---|
| 1 | |
| 2 | |
| 3 | Respectfully presented by: |
| 4 | FOLEY & MANSFIELD |
| 5 | |
| 6 | By: ___s/*Brian Smith*___<br>Brian Smith, WSBA #45930 |
| 7 | Kyle Jones, WSBA #50838<br>FOLEY & MANSFIELD |
| 8 | 999 Third Avenue, Suite 3760<br>Seattle, WA 98104 |
| 9 | (206) 456-5360<br>Email: bsmith@foleymansfield.com |
| 10 | Email: kjones@foleymansfield.com<br>Email: asbestos-sea@foleymansfield.com |
| 11 | ***Counsel for P-G Industries, Inc.*** |