UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

CLINTON E. CASEY,

    Plaintiff,

v.

ALCOA CORPORATION, et al.,

    Defendants.

C18-1358 TSZ

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) Plaintiff's Motion to Compel, docket no. 66, is GRANTED in part and DENIED in part as follows:

    (a) <u>Request for Production ("RFP") No. 1:</u>  Plaintiff's motion to compel is DENIED as overbroad and duplicative of other more narrowly tailored requests.

    (b) <u>RFP No. 2:</u>  Plaintiff's motion to compel is GRANTED in part as follows.  Defendant shall produce all Material Safety Data Sheets for products containing asbestos manufactured at Defendant's Chehalis facility from January 1, 1973 to December 31, 2005.

    (c) <u>RFP No. 3:</u>  Plaintiff's motion to compel is GRANTED in part as follows.  Defendant shall produce copies of all packaging logos and labels for products containing asbestos manufactured at Defendant's Chehalis facility from January 1, 1973 to December 31, 2005.

    (d) <u>RFP No. 4:</u>  Plaintiff's motion to compel is GRANTED.

MINUTE ORDER - 1

(e) <u>RFP No. 5:</u>  Plaintiff's motion to compel is GRANTED.

(f) <u>RFP No. 6:</u>  Plaintiff's motion to compel is GRANTED.

(g) <u>RFP No. 7:</u>  Plaintiff's motion to compel is GRANTED in part as follows.  Plaintiff shall produce all communications that refer or relate to asbestos or products containing asbestos from January 1, 1973 to December 31, 2005 with the following entities only: (a) Combustion Engineering; (b) C-E Refractories; (c) Alcoa Corporation; and (d) Arconic, Inc.

(h) <u>RFP No. 8:</u> Plaintiff's motion to compel is GRANTED in part as follows.  Plaintiff shall produce all documents that refer or relate to sales of products containing asbestos to Alcoa Corporation, including but not limited to invoices, receipts, batch cards, batch sheets, formulas, memoranda, and correspondence from January 1, 1973 to December 31, 2005.

(i) <u>RFP No. 9:</u> Plaintiff's motion to compel is GRANTED in part as follows.  Plaintiff shall produce all documents that refer or relate to asbestos or asbestos-related hazards from January 1, 1973 to December 31, 2005.

(j) <u>RFP No. 10:</u> Plaintiff's motion to compel is GRANTED in part as follows.  Plaintiff shall produce all documents that refer or relate to vermiculite from January 1, 1973 to December 31, 2005.

(k) <u>RFP No. 11:</u> Plaintiff's motion to compel is GRANTED in part as follows.  Defendant shall produce all documents that refer or relate to workers' compensation claims for respiratory disease, including but not limited to pleural plaques, pleural thickening, asbestosis, lung cancer, and mesothelioma for employees who worked from January 1, 1973 to December 31, 2005.  Defendant shall redact any names, addresses, social security numbers, and/or dates of birth appearing on any of those documents to ensure the information in the documents cannot be used to link patient identities to other medical information.

(2) Defendant shall produce documents responsive to Plaintiff's requests within ten (10) days of the date of this Minute Order.  With respect to all requests granted, if any materials are withheld on the basis of attorney-client privilege or the work-product doctrine, Defendant shall provide an appropriate log contemporaneously with its disclosures pursuant to this Minute Order.

(3) Except as GRANTED, all other requests are DENIED.

(4) The parties' discovery deadline is EXTENDED to January 10, 2020.

(5) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 27th day of December, 2019.

                                                William M. McCool
                                                Clerk

                                                s/Karen Dews
                                                Deputy Clerk