UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

CLINTON E. CASEY,

    Plaintiff,

v.

ARCONIC, INC., et. al,

    Defendants.

C18-1358 TSZ

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) Plaintiff's Motion to Certify Legal Question to the Washington State Supreme Court, docket no. 77, is DENIED.

(2) The parties are DIRECTED to mediate this case on or before March 6, 2020.

(3) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 7th day of February, 2020.

        William M. McCool
        Clerk

        s/Karen Dews
        Deputy Clerk

MINUTE ORDER - 1