UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

CLINTON E. CASEY,

        Plaintiff,

   v.

ARCONIC, INC, et al.,

        Defendants.

C18-1358 TSZ

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) Pursuant to the parties' Joint Motion to Continue Trial Date and Associated Pretrial Deadlines, docket no. 96, the Court STRIKES the trial date and all pretrial deadlines pending further order of the Court.

(2) The Court DIRECTS Plaintiff and Defendant Metropolitan Life Insurance Company to file a Joint Status Report within ten (10) days of the filing of this Minute Order relating to the status of Plaintiff's claims against Metropolitan Life Insurance Company.

(3) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 6th day of March, 2020.

                                        William M. McCool
                                        Clerk

                                        s/Karen Dews
                                        Deputy Clerk

MINUTE ORDER - 1