THE HONORABLE THOMAS S. ZILLY

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
## AT TACOMA

| | |
|---|---|
| CLINTON E. CASEY<br><br>Plaintiff,<br><br>v.<br><br>ALCOA CORPORATION, et al.,<br><br>Defendants. | NO.  2:18-cv-01358-TSZ<br><br>STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE AS TO DEFENDANT P-G INDUSTRIES, INC. |

## **STIPULATION**

Plaintiff CLINTON E. CASEY ("Plaintiff") and Defendant P-G Industries, Inc. by and through their counsel of record, stipulate that all claims of the Plaintiff against P-G Industries, Inc. only may be dismissed with prejudice, and without costs or attorneys fees as to any party in the above-captioned matter, reserving to Plaintiff his claims against the other parties.

Dated this 5th day of June, 2020

FOLEY & MANSFIELD, PLLP

By:  s/ Brian B. Smith
_____
Brian B. Smith, WSBA #45930
Kyle A. Jones, WSBA #50838
asbestos-sea@foleymansfield.com
Attorneys for Defendant P-G Industries, Inc.

Dated this 5th day of June, 2020

BERGMAN DRAPER OSLUND UDO, PLLC

By:  s/Matthew P. Bergman
Matthew P. Bergman, WSBA #20894
Justin Olson, WSBA #51332
Attorneys for Plaintiff

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE AS TO DEFENDANT P-G INDUSTRIES, INC..
2:18-CV-01358-TSZ

Page 1

**Foley & Mansfield, PLLP**
999 Third Avenue, Suite 3760
Seattle, WA  98104
Telephone:  (206) 456-5360

## ORDER OF DISMISSAL

THIS MATTER having come before the Court on the stipulation of the undersigned parties, now, therefore, it is hereby

ORDERED, ADJUDGED AND DECREED that Plaintiff's claims against Defendant P-G Industries, Inc. only are hereby dismissed with prejudice and without costs or attorneys' fees to any party hereto.

DONE this 11th day of June, 2020.

_____
Thomas S. Zilly
United States District Judge

*Presented by:*

FOLEY & MANSFIELD, PLLP

By: s/ Brian B. Smith
Brian B. Smith, WSBA #45930
Kyle A. Jones, WSBA #50838
asbestos-sea@foleymansfield.com
Attorneys for Defendant P-G Industries, Inc.

*Approved for Entry, Notice of Presentation Waived:*

BERGMAN DRAPER OSLUND UDO, PLLC

By: s/ Matthew P. Bergman
Matthew P. Bergman, WSBA #20894
Justin Olson, WSBA #51332
service@bergmanlegal.com
Attorneys for Plaintiff

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE AS TO DEFENDANT P-G INDUSTRIES, INC..
2:18-CV-01358-TSZ

Page 2

Foley & Mansfield, PLLP
999 Third Avenue, Suite 3760
Seattle, WA 98104
Telephone: (206) 456-5360